| DIST. | OFF. | YR. | NUMBER | MO. | DAY | YEAR | J | N/S | O | PTF | DEF | 23 | compliance NEAREST $1,000 | JUDGE/MAG NUMBER | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 3 | 80 | 166 | 05 | 30 | 80 | 3 | 190 | 1 | | | | Unknown at this time | 7X07 | | 80 | 166 |

## PLAINTIFFS

JACK GRIFFIN, ROD BELL, OPAL MYERS,
BILL KALFAS, TIM WILLIAMS, JIM KELLY,
GEORGE RIECK and HUBERT ROSENBALM,
Trustees of the ALASKA BARTENDERS
PENSION TRUST and BARTENDERS HEALTH &
WELFARE TRUST.

## DEFENDANTS

D-1
NEEDHAM B. WILSON and VIRGINIA
WILSON d/b/a/ CASEYS BILLIK
INN, LTD. d/b/a BILLIK INN

D-2

CASE CLOSED



## CAUSE

502 Employee Retirement Income Security Act of 1974, Public Law 93-406 USCA
1132. Suit brought to enforce against an employer the provisions of an
employee benefit plan, brought by a fiduciary, the trustees establishing the
plan.

## ATTORNEYS

James L. Johnston
OPLAND, JOHNSTON & BOEDEKER
510 L Street, Suite 604 900 W. 5th Ave., #540
Anchorage AK 99501
907 277 6576

D-1:  Richard D. Kibby  #15
DENNIS, KIBBY & MOSS
1016 W. 6th Ave., Suite 435
Anchorage AK 99501
(907) 272 5471

Charles A. Dunnagan, Esq./Gary C. Sleeper
JERMAIN, DUNNAGAN & OWENS
801 W. Firewood, Suite 201 3000 A St, Suite 300
Anchorage AK 99503
(907) 276 6532  563-8844

| | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

JAMES M. FITZGERALD

| DATE | NR. | PROCEEDINGS A80 166 CIV |
|------|-----|-------------------------|
| 1980 | | |
| May 30 | 1 | Fld complaint and issued summons w/cy Mag referral. |
| Jun 5 | 2 | Fld summons to Virginia Wilson w/Marshal's return - exec. 6-3-80 |
| 5 | 3 | Fld summons to Needham B. Wilson w/Marshal's return - exec. 6-3-80. |
| Aug 7 | 4 | Fld pltfs' afdvt for entry of default. |
| 7 | 5 | Fld pltfs' application for entry of default. |
| 8 | 5 | Fld ENTRY OF DEFAULT to defts for failure to plead to defend this action Cy cnsl & defts. |
| Sep 2 | 6 | Fld pltf's notice of depo of Needham B. Wilson. Issued subpoena DT. |
| 9 | 7 | RETURN unexec subpoena DT to Needham B. Wilson. |
| Dec 9 | 8 | Fld pltf's appli for entry of judgment by default. |
| 9 | 9 | Fld pltf's afdvt in spt of appli for entry of judgment by default. |
| 1982 Jan 18 | 10 | Fld PARTIAL JUDGMENT by default against defts awarding pltf principal o $9,546.00; damages of $18,424.00 w/int, costs of $22.20 and attys fees of $750.50 w/int at rate of 10.5% per annum. Cy Cnsl. Cy O&J 1851 (SET ASIDE AS TO DEFT NEEDHAM WILSON) |
| Mar 17 | 11 | Fld Deft Needham Wilson's mot to set aside entry of default ████████o |
| 17 | 12 | Fld deft N. Wilson's answer. |
| Apr 20 | 13 | Fld MO granting mot of Needham B. Wilson to set aside entry of default and partial default judgment. Cy Cnsl. |
| Sep 8 | 14 | Fld pltf's sub of cnsl & consent to withdraw by client. |
| 9 | 14 | Fld ORDER allowing Jermain, Dunnagan & Owens to sub as pltf's cnsl. Cy Cnsl. |
| Oct 4 | 15 | Fld D-1's mot to withdraw as cnsl. |
| 5 | 15 | Fld ORDER allowing Kibby to withdraw as cnsl for D-1. Cy Cnsl. |
| 984 Jul 20 | 16 | Fld pltf's afdvt & req for issuance of writ of execution. |
| 24 | 17 | Fld pltf's afdvt & req for issuance of writ. |
| 25 | | Issued writ of execution. |
| Aug 16 | 18 | Fld MO for Marshal to return writ of exec issued 7-25-84. Cy Cnsl & Marshal. |
| 16 | 19 | Fld MO allowing pltfs 10 days to show cause why D-1 should not be dismissed. Cy Cnsl. |
| 20 | 20 | RETURN unexec writ of exec on Virginia Wilson. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JACK GRIFFIN, et al | NEEDHAM B. WILSON, et al | DOCKET NO. A80-166 CIV |
| | | PAGE 2 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1984** | | |
| Sep 10 | 21 | Fld MO dismissing deft Needham B. Wilson.  Cy Cnsl.    CASE CLOSED |
| 28 | 22 | Fld afdvt & req for iss of writ of execution re dft #2. |
| Oct 1 | | Iss writ of execution re dft #2. |
| 25 | 23 | RETURN exec writ of exec on Virginia Wilson w/atch pub voucher for $5,825.37 - 10-23-84. |
| 30 | 24 | Fld pltf's mot for release of funds. |
| Nov 2 | 25 | Fld MO setting hearing on mot for disbursement of funds for 11-7-84 @2:30.  Cnsl notified by phone.  Cy Cnsl & JM. |
| 6 | 26 | Fld MO vacating 11-7-84 hearing on mot for disbursement of funds.   Cy Cnsl & JM |
| 15 | 27 | Fld pltf's withdrawal of mot for release of funds. |
| **1985** | | |
| Feb 12 | 28 | RETURN exec notice to debtor pkg on Virginia Wilson - 1-29-85. |
| Apr 10 | 29 | Fld pltf's mot for release of funds w/atch exhibits. |
| 11 | 29 | Fld ORDER that funds be released from registry.  Cy Cnsl & Fin Dep. |
| 24 | 30 | Fld pltf's afdvt & req for issuance of writ of exec. |
| 24 | 31 | Fld creditor's afdvt. |
| 24 | 32 | Fld cy notice of levy & sale of property & notice of right to exemptions. |
| 25 | | Issued writ of execution. |
| 29 | 33 | RETURN exec writ of exec w/atch pub voucher - $3,786.00 - 4-26-85. |
| 29 | 34 | RETURN exec notice to debtor - 4-26-85. |
| May 07 | 35 | Fld pltfs' mot for release of funds. |
| 10 | 35 | Fld ORDER granting release of funds. cc: cnsl., Fin Dpty. |
| Dec 17 | 36 | Fld pltf's afdvt & req for issuance of writ. |
| 17 | 37 | Fld pltf's creditor's afdvt. |
| 18 | | Issued writ of execution. |
| **1986** | | |
| Jan 13 | 38 | RETURN exec writ on Virginia Wilson w/atch pub voucher for $575.00. |

JUDGE FITZGERALD

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JACK GRIFFIN, et al | NEEDHAM B. WILSON, et al | DOCKET NO. A80-166 CI<br>PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1986**<br>Jan 23 | 39 | Fld pltf's mot for release of funds w/atch exhibits. |
| 23 | 40 | Fld pltf's afdvt & req for issuance of writ of exec. |
| 23 | 41 | Fld pltf's creditor's afdvt. |
| 24 | | Issued writ of execution. |
| 24 | 42 | Fld pltfs' mot for release of funds w/atch exhibits. |
| 30 | 42 | Fld ORDER releasing funds.  Cy Cnsl & Fin Dep. |
| Feb 04 | 43 | Fld pltf's afdvt & req for issuance of writ of execution. |
| 05 | 44 | Fld MO denying req for issuance of writ.  Cy Cnsl. |
| 06 | 45 | RETURN exec writ of exec w/atch pub voucher for $339.90. |
| 11 | 46 | Fld pltf's afdvt & req for issuance of writ of exec. |
| 11 | 47 | Fld pltf's creditor's afdvt. |
| 12 | | Issued writ of execution. |
| 21 | 48 | RETURN exec writ on 1st Natl Bank of Anch - no funds. |
| Mar 10 | 49 | Fld US Marshal's affdvt of serving notice to debtor |
| Apr 11 | 50 | Fld pltfs' mot for release of funds w/atch exhibits. |
| 16 | 50 | Fld ORDER releasing funds from registry.  Cy Cnsl & Fin Dep. |