IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK GRIFFIN, ROD BELL, OPAL MYERS,
BILL KALFAS, TIM WILLIAMS, JIM KELLY,
GEORGE RIECK, and HUBERT ROSENBALM,
Trustees of the ALASKA BARTENDERS PENSION
TRUST and BARTENDERS HEALTH & WELFARE
TRUST,

                              **Plaintiffs,**

    vs.

NEEDHAM B. WILSON and VIRGINIA WILSON
d/b/a CASEYS BILLIK INN, LTD. d/b/a BILLIK INN,

                              **Defendants.**                      Case No. A80-166
_____/

## SATISFACTION OF JUDGMENT

COME NOW plaintiffs, by and through their counsel of record, and in consideration of funds in hand received, hereby acknowledge that all plaintiffs' claims including the judgment in the above-captioned case are hereby satisfied in full.

                                                                         JERMAIN, DUNNAGAN & OWENS, P.C.

Date: March 17, 2006                     s/Charles A. Dunnagan
\                                                  3000 A Street, Ste. 300
                                                        Anchorage, AK 99503
                                                        Phone: (907) 563-8844
                                                         Fax: (907) 563-7322
                                                         E-mail: cdunnagan@jdolaw.com
                                                         AK Bar No. 7605026